IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jason Theodosakis, M.D., an individual; Supplement Testing Institute, Inc., an Arizona corporation,<br><br>              Plaintiffs,<br><br>v.<br><br>Daniel O. Clegg, M.D., et al.,<br><br>              Defendants. | No.  4: 14-CV-2445-TUC-JAS<br><br>**ORDER** |

      Pending before the Court are two Report and Recommendations issued by United States Magistrate Judge Bernardo P. Velasco that recommend: 1) at Docket 106, granting Defendants' United States and Dr. Reda's Motion to Dismiss (Doc. 55) and denying Plaintiffs' Motion for Leave to Amend (Doc. 75) to the extent that Plaintiffs seek leave to file a Second Amended Complaint with regard to Dr. Reda; and 2) at Docket 107, granting in part the Utah Defendants' Motion to Dismiss (Doc. 60) as detailed in the Report.

      A review of the record reflects that the parties have filed only one Objection to the Report and Recommendation.  However, upon review of that Objection and a full review of the record, the Court finds that the Objection is not responsive to anything relied on in Magistrate Judge Velasco's Report and Recommendation.  In fact, the Report and Recommendation specifically noted that it was not relying on the failure to effect service, which is the only basis for Plaintiffs' Objection.  As such, the Court finds that the parties have not filed any relevant objections to the findings in the Report and Recommendation and the time to file those objections has expired.  As such, the Court will not consider any

1 | new objections or new evidence.

2 | The Court has reviewed the record and concludes that Magistrate Judge Velasco's recommendations are not clearly erroneous.  *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72; *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999); *Conley v. Crabtree*, 14 F. Supp. 2d 1203, 1204 (D. Or. 1998).  Accordingly, IT IS HEREBY ORDERED as follows:

(1) Magistrate Judge Velasco's Reports and Recommendations (Docs. 106 and 107) are accepted and adopted.

(2) The Motion to Dismiss by Defendants United States and Dr. Reda (Doc. 55) is GRANTED; the Plaintiffs' Motion for Leave to Amend (Doc. 75) is DENIED only to the extent that it seeks leave to file a Second Amended Complaint with respect to Dr. Reda; the Utah Defendants' Motion to Dismiss (Doc. 60) is GRANTED IN PART as detailed in the Report and Recommendation but DENIED on all other grounds; Plaintiffs' Motion for Leave to Amend is GRANTED in all other parts.

Dated this 31st day of March, 2017.

Honorable James A. Soto
United States District Judge